# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-618
LT Case No. 2018-CA-000843-A-X

_____

JAMES CARNEY DOLIVE, SR.,
Personal Representative of the
Estate of James Carney Dolive,
Jr.,

    Appellant,

    v.

MARICELA OSVATH,

    Appellee.

_____

On Appeal from the Circuit Court for Marion County.
Gary L. Sanders, Judge.

Jeffrey E. Bigman and Elizabeth A. Myers, of Smith Bigman Brock, P.A., Daytona Beach, for Appellant.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellee.

January 23, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____